HARRY W. ROGERS, Respondent, *v.* THE HERALD COMPANY, Appellant.

*Rogers* v. *Herald Company,* 151 App. Div. 911, affirmed.
(Argued October 27, 1913; decided November 18, 1913.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 15, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action for libel.

*Joseph B. Murphy* for appellant.

*Alphonso E. Fitch* and *Edward S. More* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.